IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| JEFFREY TOBER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-346 |
| | ) | |
| APROV.COM, an Internet domain name, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 13, 2009. Plaintiff has filed an Objection to the Report and Recommendation. It appearing to the Court that Plaintiff has presented additional evidence with his Objection, which was not before the Magistrate Judge, it is hereby,

ORDERED that this matter be referred back to the Magistrate Judge for consideration of what appears to be new evidence.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
July 20, 2009